ACCEPTED
15-25-00170-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 10:52 AM
CHRISTOPHER A. PRINE
CLERK

**COURT OF APPEALS CAUSE NUMBER 15-25-00170-CV**
**TRIAL COURT CAUSE NUMBER D-1-GN-25-001493**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 10:52:56 AM
CHRISTOPHER A. PRINE
Clerk

| | | | |
|---|---|---|---|
| **AUDIFAS PEREZ-FLORES** | § | | **IN THE COURT OF** |
| **APPEALS** | | | |
| **Appellant,** | § | | |
| | § | | |
| **v.** | § | | |
| | § | | **FIFTEENTH COURT** |
| **JOSE ADAN GOMEZ &** | | § | |
| **JOSE ABRAHAM GOMEZ** | § | | |
| **Appellees.** | § | | **IN THE STATE OF TEXAS** |

---

### MOTION TO DISMISS

---

COMES NOW, Jose Adan Gomez and Jose Abraham Gomez ("*Appellees"),* and file this Motion to Dismiss pursuant to the Texas Rules of Appellate Procedure 26 & 42, and respectfully shows the Court as follows:

### I.    INTRODUCTION

This appeal should be dismissed because it was untimely filed by Appellant.

### II.    BACKGROUND

1.    On May 29th, 2025, Appellees Jose Adan Gomez and Jose Abraham Gomez filed a Motion for Determination and Award of Attorney Fees. (See Exhibit A)

2.    On August 15th, 2025, the 201st Judicial District in Travis County, Ordered, Adjudicated, and Decreed for the motion to be Granted and granted Appellees Jose Adan Gomez and Jose Abraham Gomez, to recover attorney fees in the amount of $32,507.50 from the Appellant, Audifas Perez-Flores.

(See Exhibit B)

3.   On September 24th, 2025, Appellant Audifas Perez-Flores filed a Notice of Appeal, Appealing Order Granting Appellees' Motion to Determination of Attorney's Fees dated on August 15th, 2025. (See Exhibit C)

## III.   GROUNDS FOR DISMISSAL

1.   The Texas Rules of Appellate Procedure, Rule 26.1 states that the notice of appeal must be filed within 30 days after the judgment is signed. *See Simmons v. Home Asset, Inc.,* 2025 Tex. App. LEXIS 1136, 2025 LX 289238, 2025 WL 597265.

2.   The filing was due on or before September 14th, 2025. Appellant Audifas Perez-Flores filed his Notice of Appeal on September 24th, 2025.

3.   Appellant Audifas Perez-Flores, failed to comply with Rule 26.1 of the Texas Rules of Appellate Procedure because he filed his Notice to Appeal outside of the 30-day window prescribed by Rule 26.1. Therefore, under Rule 42.3(c) of the Texas Rules of Appellate Procedure, this Motion to Dismiss should be granted. *See De La Garza v. Vela,* 2025 Tex. App. LEXIS 1233, 2025 LX 203100, 2025 WL 635239.

## IV.   PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellees Jose Adan Gomez and Jose Abram Gomez, respectfully request that this Court:

1.   Grant this motion for the reasons stated above;

2.   Grant all further relief to which Appellees Jose Adan Gomez and Jose Abraham Gomez are justly entitled to.

RESPECTFULLY SUBMITTED,

THE KELLY LEGAL GROUP, PLLC
P.O. BOX 2125
AUSTIN, TX 78768-2125
Phone: (512) 55-0053
Fax: (512) 505-0054
service@kellylegalgroup.com


By:___/s/ Jeffrey Kelly_____
**Jeffrey S. Kelly, TXBN 24043749**
Chris Cummings, TXBN 24090058
Kelechi Ohanu, TXBN 24123955
Rachel L. Messer TXBN 24090261
Amy S. Friday TXBN 24037551
**ATTORNEYS FOR APPELLEES**

<u>CERTIFICATE OF SERVICE</u>

This certifies that a true and correct copy of this Motion to Dismiss was served on all parties of record in accordance with the Texas Rules of Appellate Procedure on the 18th day of November 2025.

_____/s/ Jeffrey Kelly_
Jeffrey S. Kelly

*VIA CMRRR & First Class Mail*
Audifas Perez-Flores
4408 Rogers Avenue
Fort Worth, Texas 76133

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties—which are listed below—about the merits of this motion with the following results:

Audifas Perez-Flores:

    \_\_\_ opposes motion

    \_\_\_ does not oppose motion

    \_\_\_ agrees with motion

    \_\_\_ would not say whether motion is opposed

    X\_ did not return my message regarding the motion


                                  \_\_\_\_/s/ Jeffrey Kelly\_
                                        Jeffrey S. Kelly


                                  11/18/2025_____
                                          Date

# EXHIBIT A

5/29/2025 5:17 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-001493
Candy Schmidt

CAUSE NO. D-1-GN-25-001493

| | | |
|---|---|---|
| JOSE ADAN GOMEZ AND | § | IN THE DISTRICT COURT |
| JOSE ABRAHAM GOMEZ | § | |
| *Plaintiffs* | § | |
| v. | § | 201st JUDICIAL DISTRICT |
| | § | |
| AUDIFAS PEREZ FLORES | § | |
| | § | |
| *Defendant* | § | TRAVIS COUNTY, TEXAS |

## PLAINTIFF'S MOTION FOR DETERMINATION AND AWARD OF ATTORNEY'S FEES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs JOSE ADAN GOMEZ AND JOSE ABRAHAM GOMEZ ("Plaintiffs"), and respectfully file this Motion for Determination and Award of Attorney's Fees pursuant to TEXAS CIVIL PRACTICE & REMEDIES CODE § 37.009. Plaintiffs would respectfully show the Court as follows:

### I.
### INTRODUCTION AND BACKGROUND

The parties entered into an Agreed Motion to Extend Temporary Restraining Order to allow an opportunity to resolve the matter between the parties. Thereafter, the parties successfully resolved the issues concerning the foreclosure and request for a temporary restraining order. All sums have been paid to Defendant.

The only remaining issue before the court is the determination of Plaintiffs' claim for attorney's fees. Plaintiffs now respectfully seek a determination and award of reasonable and necessary attorney's fees incurred in connection with their efforts to resolve this matter.

## II.
## STATUTORY BASIS FOR ATTORNEY'S FEES

Plaintiffs request that the Court exercise its discretion to award Plaintiffs the reasonable and necessary attorney's fees they incurred in prosecuting this action, which are equitable and just under the circumstances. Section 37.009 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE provides that:

> "In any proceeding under this chapter, the court may award costs and reasonable and necessary attorney's fees as are equitable and just."

The award of attorney's fees under the Declaratory Judgments Act is within the sound discretion of the trial court. *Bocquet v. Herring*, 972 S.W.2d 19, 20 (Tex. 1998). The trial court may award fees that are both "reasonable and necessary," and it must also find that such an award is "equitable and just." *Id.*

A party need not prevail on all claims to be awarded fees under the Act. "[T]he trial court may conclude that it is equitable and just to award fees to one side even though that party did not prevail." *Barshop v. Medina Cty. Underground Water Conservation Dist.*, 925 S.W.2d 618, 637–38 (Tex. 1996). Moreover, a trial court's discretion to award attorney's fees must be supported by evidence that the fees were reasonable and necessary, which includes consideration of factors such as time, labor, skill, and customary charges in the locality. See *Arthur Andersen & Co. v. Perry Equip. Corp.*, 945 S.W.2d 812, 818 (Tex. 1997).

## III.
## REASONABLENESS AND NECESSITY OF ATTORNEY'S FEES

Plaintiffs have incurred attorney's fees in the amount of $32,507.50 which are reasonable and necessary for the prosecution of this declaratory judgment action.

These fees are supported by the attached Affidavit of Tenia Ouellette which sets forth the services performed, hours expended, hourly rate, and explanation as to the necessity and reasonableness of the fees. **Exhibit A**

The Texas Supreme Court has recognized that testimony by an attorney about the reasonableness and necessity of fees can support a fee award, even in the absence of expert testimony by a third party. See *Rohrmoos Venture v. UTSW DVA Healthcare, LLP*, 578 S.W.3d 469, 495 (Tex. 2019).

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that this Court grant this Motion and enter an order awarding:

a. Reasonable and necessary attorney's fees in the amount of $32,507.50 and

b. Such other and further relief, in law or in equity, to which Plaintiffs may be justly entitled.

Respectfully submitted,

**THE KELLY LEGAL GROUP, P.L.L.C.**
P.O. Box 2125
Austin, Texas 78768-2125
Phone: (512) 505-0053
Fax: (512) 505-0054
Email: service@kellylegalgroup.com

By: _____
Jeffrey S. Kelly
Texas Bar No. 24043749
Missouri Bar No. 73157
Tenia N. Ouellette
State Bar No. 24099780
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of ___May___, 2025, a true and correct copy of the foregoing document was served in accordance with the TEXAS RULES OF CIVIL PROCEDURE upon all known parties and counsel of record.

By: _____

Tenia Ouellette



EXHIBIT

A

CAUSE NO. D-1-GN-25-001493

| | | |
|---|---|---|
| JOSE ADAN GOMEZ AND | § | IN THE DISTRICT COURT |
| JOSE ABRAHAM GOMEZ | § | |
| **_Plaintiffs_** | § | |
| | § | |
| _v._ | § | 201st JUDICIAL DISTRICT |
| | § | |
| | § | |
| AUDIFAS PEREZ FLORES | § | |
| | § | |
| | § | |
| **_Defendant_** | § | TRAVIS COUNTY, TEXAS |

## AFFIDAVIT OF TENIA OUELLETTE IN SUPPORT OF ATTORNEY'S FEES

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| COUNTY OF TRAVIS | § | |

BEFORE ME, the undersigned notary, on this day personally appeared Tenia Ouellette, a person whose identity is known to me. After I administered an oath to her, upon her oath, she said:

1. "My name is Tenia Ouellette. I am competent to make this declaration. The facts stated in this affidavit are within my personal knowledge and are true and correct."

2. I am an associate attorney at The Kelly Legal Group, PLLC, which is a law firm located in West Lake Hills, Texas, that focuses its practice on, among other areas, real estate law and business law. I am an attorney duly admitted to practice in the State of Texas and before this Honorable Court. I am over the age of eighteen (18) years, and I have personal knowledge of the facts contained herein and they are true and correct. I am a licensed attorney in the State of Texas and have been so licensed since May 2016. My Texas State Bar Number is 24099780.

3. The rate charged for my time was $395.00 per hour. I am familiar with rates charged by attorneys specializing in these areas of the law throughout the state of Texas, including in Travis County, and the rate of $395.00 per hour was reasonable for a lawyer of my experience offering similar services in Travis County.

4. The rate charged for Jeffrey S. Kelly time was $550.00 per hour. Mr. Kelly is the managing partner at Kelly Legal Group, PLLC who became a licensed attorney in the State of Texas in May 20004. Mr. Kelly's Texas State Bar Number is 24043749. Mr. Kelly's rate is $550 per hour was reasonable for the managing partner practicing at a firm specializing in real estate, commercial litigation and business law and providing similar services in Travis County.

5. The rate charged for Amy Friday time was $475.00 per hour. Ms. Friday is an attorney at Kelly Legal Group, PLLC who became a licensed attorney in the State of Texas in November 2002. Ms. Friday's Texas Bar Number is 24037551. Ms. Friday's rate is reasonable for an attorney practicing at a firm specializing in real estate, commercial litigation and business law and providing similar services in Travis County.

6. The rate charged for Andrew Tingan time was $375.00 per hour. Mr. Tingan is an associate at Kelly Legal Group, PLLC who became a licensed attorney in the State of Texas in November 2018. Mr. Tingan's Texas Bar Number is 24110438. Mr. Tingan's rate is reasonable for an attorney practicing at a firm specializing in real estate, commercial litigation and business law and providing similar services in Travis County.

7. The rate charged for Melissa Ritter time was $190.00 per hour. Ms. Ritter is a legal assistant at The Kelly Legal Group, PLLC. She has been working as a legal assistant for six years and has worked on real estate, commercial litigation and business law matters. I am familiar with rates charged by legal assistant's specializing in these areas of the law in Texas, including Travis County, and the rate of $190 per hour was reasonable for a legal assistant providing similar services in Travis County.

8. The rate charged for Katherine Camarena time was $170 per hour. Ms. Camarena is a legal assistant at Kelly Legal Group, PLLC. I am familiar with rates charged by legal assistants in these areas of the law in Texas, including Travis County, and the rate of $170 per hour was reasonable for a legal assistant providing similar services in Travis County.

9. The rate charged for Karla Falcon time was $150 per hour. Ms. Falcon is a legal assistant at Kelly Legal Group, PLLC. I am familiar with rates charged by legal assistants in these areas of the law in Texas, including Travis County, and the rate of $150 per hour was reasonable for a legal assistant providing similar services in Travis County.

10. The rate charged for Adrianna Peek time was $190 per hour. Ms. Peek is a legal assistant at Kelly Legal Group, PLLC. I am familiar with rates charged by legal assistants in these areas of the law in Texas, including Travis County, and the rate of $190 per hour was reasonable for a legal assistant providing similar services in Travis County.

11. I have attached and incorporate by reference contemporaneous billing records kept by my firm for the time spent by all persons who performed work in connection with this dispute. Those records reflect the particular services performed, who performed the services, when the services were performed, and the amount of time required to perform the services.

12. To summarize, I spent 30.7 hours on this matter.

13. Managing Attorney Jeff S. Kelly spent 11.1 hours on this matter.

14. Attorney Amy Friday spent 2.3 hours on this matter.

15. Associate Andrew Tingan spent 12.8 hours on this matter.

16. Legal Assistant Melissa Ritter spent 3.60 hours on this matter.

17. Legal Assistant Karla Falcon spent 0.9 hours on this matter.

18. Legal Assistant Katherine Camarena spent 45.40 hours on this matter.

19. Legal Assistant Adrianna Peek spent 3.80 hours on this matter.

20.  It is the practice of The Kelly Legal Group, PLLC to maintain time records, and our fee is generally computed on an hourly basis or on a percentage of the recovery.  In addition, we consider the following factors in setting our fees for clients:

    a.  the novelty and difficulty of the questions involved and the skill requisite to perform the legal services properly;

    b.  likelihood that the acceptance of the particular employment would preclude other employment by the firm;

    c.  the fee customarily charged in the locality for similar legal services;

    d.  the dollar amount involved and the results obtained;

    e.  the time limitations imposed by the client or the circumstances;

    f.  the nature and length of the professional relationship with the client; and

    g.  the experience, reputation and ability of the firm."

21.  The rates charged are reasonable for Travis County, Texas."[1]

22.  I declare under penalty of perjury that the foregoing statements are true and correct."

FURTHER AFFIANT SAYETH NOT.

**Tenia Ouellette**
State Bar No. 24099780

STATE OF TEXAS          §
                        §
COUNTY OF TRAVIS        §

SWORN TO and SUBSCRIBED before me by Tenia Ouellette on this the __29th__ day of May, 2025.

KATHERINE SELENA
CAMARENA BIBIANO
Notary ID #134704248
My Commission Expires
January 8, 2028

Notary Public in and
for the State of Texas

---

[1] *Rohrmoos Venture v. UTSW DVA Healthcare, LLP,* 578 S.W.3d 469 (Tex. 2019) to secure an award of attorney's fees from an opponent, the prevailing party must prove (1) recovery of attorney's fees is legally authorized, and (2) the requested attorney's fees are reasonable and necessary for the legal representation, so that an award will compensate the prevailing party generally for its losses resulting from the litigation process

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/17/2025 | 🕐 | Met in person with Mr. Gomez. Uploaded Notice of Sale to client portal. Conferred with A. Tingan and assisted with translation in client/attorney meeting. | Gomez-04376 resolution of apparent transfer of payee on loan | Adriana Peek | 0.40h | $190.00 | - | $76.00 |
| | ● | Billed invoice 8865 | | | | | | |
| 02/18/2025 | 🕐 | Conferred with J. Germanos and client regarding outstanding balance and client inquiries. | Gomez-04376 resolution of apparent transfer of payee on loan | Adriana Peek | 0.20h | $190.00 | - | $38.00 |
| | ● | Billed invoice 8865 | | | | | | |
| 02/19/2025 | 🕐 | Conferred with A.Tingan and updated client portal and notes on regarding correspondence via phone between A.Tingan and Trustee. | Gomez-04376 resolution of apparent transfer of payee on loan | Adriana Peek | 0.20h | $190.00 | - | $38.00 |
| | ● | Billed invoice 8865 | | | | | | |
| 05/07/2025 | 🕐 | Conferred with K. Camarena. Began translation of texts from Spanish to English. | Gomez-04376 resolution of apparent transfer of payee on loan | Adriana Peek | 1.50h | $190.00 | - | $285.00 |
| | ● | Billed invoice 9540 | | | | | | |
| 05/08/2025 | 🕐 | Conferred with K. Camarena. Continued and finished the translation from Spanish to English of all the payment related texts received by Mr. Gomez. Updated case status in client portal and uploaded messages into client file. | Gomez-04376 resolution of apparent transfer of payee on loan | Adriana Peek | 1.50h | $190.00 | - | $285.00 |
| | ● | Billed invoice 9540 | | | | | | |
| 02/28/2025 | 🕐 | Confer with Jeff Kelly regarding real estate records; Research county deed records for the subject transfer of payee on loan | Gomez-04376 resolution of apparent transfer of payee on loan | Amy Friday | 1.20h | $475.00 | - | $570.00 |

|  |  | 112.20h |  |  | $0.00 | | | $33,983.00 |
|  |  |  |  |  | 0.00h | | | 112.20h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
|  |  | property including records recorded and related to first lien; Confer with Tenia Oulette concerning same. ● Billed invoice 8865 |  |  |  |  |  |  |
| 03/10/2025 | 🕐 | Review and revise Agreed Motion to Extend Temporary Restraining Order and Agreed Order on same. ● Billed invoice 9026 | Gomez-04376 resolution of apparent transfer of payee on loan | Amy Friday | 0.30h | $475.00 | - | $142.50 |
| 05/22/2025 | 🕐 | Work on Motion for Determination and Award of Attorney Fees; Confer with Tenia Ouelette re: same. ● Billed invoice 9675 | Gomez-04376 resolution of apparent transfer of payee on loan | Amy Friday | 0.80h | $475.00 | - | $380.00 |
| 12/06/2024 | 🕐 | Review of subject agreement and connected pleadings related to property; review deed history regarding same. ● Billed invoice 8153 | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 1.40h | $375.00 | - | $525.00 |
| 12/09/2024 | 🕐 | Client conference regarding dispute background and resolution strategy; review deed history regarding same; review key pleadings from the 2017 judgment regarding the fraudulent transfer of title of the subject property. ● Billed invoice 8153 | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 2.30h | $375.00 | - | $862.50 |
| 12/07/2024 | 🕐 | Review and analyze public record data related to opposing parties; review and analyze deed and history of subject property. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 1.30h | $375.00 | - | $487.50 |
|  |  |  |  |  | **112.20h** |  | **$0.00**<br>0.00h | **$33,983.00**<br>112.20h |

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/16/2024 | 🕐 | Analyze Auidifas communications regarding handling of mortgage payments; confer with K. Camarena regarding same. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 0.40h | $375.00 | - | $150.00 |
| | 🔵 | Billed invoice 8153 | | | | | | |
| 12/17/2024 | 🕐 | Call to Audifas regarding dispute and confirmation of relevant contracts, alleged notices and accounting; draft and revise demand letter to Audifas regarding same; confer with T. Ouellette and K. Camarena regarding same. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 1.60h | $375.00 | - | $600.00 |
| | 🔵 | Billed invoice 8375 | | | | | | |
| 12/18/2024 | 🕐 | Review transfer of title records regarding same; confer with T. Ouellette and K. Camarena regarding same; continue drafting notice and demand to Audifas. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 2.90h | $375.00 | - | $1,087.50 |
| | 🔵 | Billed invoice 8375 | | | | | | |
| 01/03/2025 | 🕐 | Review and analyze client bank statements with respect to payments to Audifas; confer with T. Ouellette regarding same; revisions to draft demand letter regarding same. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 1.30h | $375.00 | - | $487.50 |
| | 🔵 | Billed invoice 8375 | | | | | | |
| 01/15/2025 | 🕐 | Confer with T. Ouellette regarding abatement/withholding of monthly rent. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 0.30h | $375.00 | - | $112.50 |

| | | | | | 112.20h | | $0.00 0.00h | $33,983.00 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/24/2025 | 🕐 | Review client provided statements and documents with respect to payment terms; review most recent foreclosure notice regarding same; review draft demand regarding same; confer internally regarding same. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 0.70h | $375.00 | - | $262.50 |
| | ● | Billed invoice 8478 | | | | | | |
| 01/27/2025 | 🕐 | Prepare attorney notes regarding recent notices; confer with J. Kelly regarding same. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 0.30h | $375.00 | - | $112.50 |
| | ● | Billed invoice 8865 | | | | | | |
| 01/28/2025 | 🕐 | Confer with J. Kelly regarding next steps following client conference. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 0.30h | $375.00 | - | $112.50 |
| | ● | Billed invoice 8607 | | | | | | |
| 01/24/2025 | 🕐 | Review client provided statements and documents with respect to payment terms; review most recent foreclosure notice regarding same; review draft demand regarding same; confer internally regarding same. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 0.70h | $375.00 | - | $262.50 |
| | ● | Billed invoice 8607 | | | | | | |
| 02/19/2025 | 🕐 | Calls to trustee regarding removal of foreclosure notice; confer internally regarding same. | Gomez-04376 resolution of apparent transfer of payee on loan | Andrew Tingan | 0.50h | $375.00 | - | $187.50 |
| | ● | Billed invoice 8865 | | | | | | |
| 03/10/2025 | 🕐 | Review of matter for updates; | Gomez-04376 | Andrew | 0.20h | $375.00 | - | $75.00 |
| | | | | | **112.20h** | | **$0.00**<br>0.00h | **$33,983.00**<br>112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▶ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|--------|-----|----------|------------------|--------------|
| 02/25/2025 | 🕐 | review original contract from prior dispute involving property; confer internally regarding case strategy and resolution. ● Billed invoice 9026 | resolution of apparent transfer of payee on loan | Tingan | | | | |
| | 🕐 | Reviewed demand. ● Billed invoice 8865 | Gomez-04376 resolution of apparent transfer of payee on loan | Christopher Cummings | 0.20h | $375.00 | - | $75.00 |
| 01/27/2025 | 🕐 | Review of file in preparation for meeting with clients ● Billed invoice 8607 | Gomez-04376 resolution of apparent transfer of payee on loan | Jeff Kelly | 1.90h | $550.00 | - | $1,045.00 |
| 01/28/2025 | 🕐 | Review of meeting notes; detailed to do's; conference with A. Tingan regarding next steps. ● Billed invoice 8607 | Gomez-04376 resolution of apparent transfer of payee on loan | Jeff Kelly | 0.60h | $550.00 | - | $330.00 |
| 02/21/2025 | 🕐 | Conference with T. Ouellette regarding status of foreclosure and conference with trustee to pull down the sale considering issues. ● Billed invoice 8865 | Gomez-04376 resolution of apparent transfer of payee on loan | Jeff Kelly | 0.50h | $550.00 | - | $275.00 |
| 02/28/2025 | 🕐 | Conference A. Friday and T. Ouellette regarding note and deed of trust, reviewed all recorded documents, conference with T. Ouellette regarding applicable causes of action; reviewed petition and amended same. ● Billed invoice 8865 | Gomez-04376 resolution of apparent transfer of payee on loan | Jeff Kelly | 3.80h | $550.00 | - | $2,090.00 |
| 03/03/2025 | 🕐 | Review of proposed order, amended same forwarded to M. | Gomez-04376 resolution of apparent | Jeff Kelly | 2.40h | $550.00 | - | $1,320.00 |

| | | |
|---|---|---|
| **112.20h** | **$0.00** | **$33,983.00** |
| | **0.00h** | **112.20h** |

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/05/2025 | 🕐 | Ritter for filing; preparation for TRO hearing; attendance at hearing.<br><br>● Billed invoice 9026 | transfer of payee on loan | Jeff Kelly | 1.40h | $550.00 | - | $770.00 |
| 03/26/2025 | 🕐 | Correspondence with opposing counsel; review of notes and deeds of trust to affirm how accounting was done on accounting. Conference with T. Ouellette regarding same.<br><br>● Billed invoice 9026 | Gomez-04376 resolution of apparent transfer of payee on loan | | | | | |
| | 🕐 | Review of case to consider most expeditious manner to retrieve attorneys fees.<br><br>● Billed invoice 9143 | Gomez-04376 resolution of apparent transfer of payee on loan | Jeff Kelly | 0.50h | $550.00 | - | $275.00 |
| 02/19/2025 | 🕐 | Conferred with A. Peek regarding trustee call.<br><br>● Billed invoice 8865 | Gomez-04376 resolution of apparent transfer of payee on loan | Karla Falcon | 0.20h | $150.00 | - | $30.00 |
| 03/03/2025 | 🕐 | Conference call with J. Kelly and client regarding opposing counsel's offer.<br><br>● Billed invoice 9026 | Gomez-04376 resolution of apparent transfer of payee on loan | Karla Falcon | 0.40h | $150.00 | - | $60.00 |
| 03/21/2025 | 🕐 | Received mail regarding client's matter. Reviewed, scanned, and uploaded to client's file. Forwarded T. Ouellette and K. Camarena.<br><br>● Billed invoice 9143 | Gomez-04376 resolution of apparent transfer of payee on loan | Karla Falcon | 0.30h | $150.00 | - | $45.00 |
| 12/09/2024 | 🕐 | Translated client/attorney intro call. Case analysis and review of case facts/documents with A. Tingan | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 1.50h | $170.00 | - | $255.00 |
| | | | | | **112.20h** | | **$0.00**<br>0.00h | **$33,983.00**<br>112.20h |

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/10/2024 | 🕐 | Conferred with T. Ouellette regarding case analysis. Received, updated quality of document/image client provided, and uploaded. Relayed same to A. Tingan. Conferred with A. Tingan and T. Ouellette regarding conference with J. Kelly. Replaced the enhanced document/image from client. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.60h | $170.00 | - | $102.00 |
| | 🔵 | Billed invoice 8153 | | | | | | |
| 12/11/2024 | 🕐 | Analysis of document/image from client with T. Ouellette. Called number from Notice. Called subject, Audifas. Held conference-call with T. Ouellette and A. Tingan. Discussed next steps and communication with client. Reviewed documents needed. Sent correspondence to client. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 1.30h | $170.00 | - | $221.00 |
| | 🔵 | Billed invoice 8153 | | | | | | |
| 12/12/2024 | 🕐 | Research on subject, Audifas. Research on property deed history. Uploaded and relayed findings to A. Tingan and T. Ouellette. Conferred regarding same with A. Tingan. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.40h | $170.00 | - | $68.00 |
| | 🔵 | Billed invoice 8153 | | | | | | |
| 12/13/2024 | 🕐 | Followed up with A. Tingan regarding demand draft initiated by | Gomez-04376 resolution of apparent | Katherine Camarena | 0.20h | $170.00 | - | $34.00 |

(continued at top) and T. Ouellette.
🔵 Billed invoice 8153

|  |  |  |  |  |  | | Non-billable | Billable |
|---|---|---|---|---|---|---|---|---|
| | | | | | **112.20h** | | $0.00 / 0.00h | $33,983.00 / 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▸ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|--------|-----|----------|------------------|--------------|
| 12/16/2024 | 🕐 | T. Ouellette. Conferred with T. Ouellette regarding same.<br><br>● Billed invoice 8153 | transfer of payee on loan | | | | | |
| | 🕐 | Corresponded with client via phone and email. Corresponded with Audifas via text. Updated client status in client portal. Followed up with A. Tingan regarding demand draft. Exchanged correspondences with client. Consulted with M. Ritter regarding foreclosures. Researched Notice of Sale/ Foreclosure on property; relayed findings to A. Tingan.<br><br>● Billed invoice 8375 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 1.30h | $170.00 | – | $221.00 |
| 12/17/2024 | 🕐 | Corresponded with client via phone. Conferred with A. Tingan and T. Ouellette regarding Audifas' contacting the firm; the demand drafts, expected Zelle reports from our client, and next steps. Corresponded with Audifas via phone multiple times regarding payments.<br><br>● Billed invoice 8375 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 3.20h | $170.00 | – | $544.00 |
| 12/18/2024 | 🕐 | Composed Spanish email to Client with status update and request for information. Conferred with A. Tingan regarding email before sending to solidify points. Corresponded with client and reviewed response. Saved communication to client file and | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.90h | $170.00 | – | $153.00 |

| | | 112.20h | $0.00<br>0.00h | $33,983.00<br>112.20h |
|---|---|---|---|---|

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/23/2024 | 🕐 | updated case status in client portal. Conferred with A. Tingan and T. Ouellette regarding context of the notarized "Statement of Audifas Perez." <br> ● Billed invoice 8375 | | | | | | |
| 01/02/2025 | 🕐 | Received call from opposing party. Sent text to same with legal team's email addresses. <br> ● Billed invoice 8375 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.30h | $170.00 | - | $51.00 |
| 01/03/2025 | 🕐 | Met with client and received physical copies of bank statements. Conferred with T. Ouellette regarding all documents to be scanned. <br> ● Billed invoice 8375 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.50h | $170.00 | - | $85.00 |
| | 🕐 | Conferred with T. Ouellette regarding scanned copies. Began reviewing all marked documents from T. Ouellette. Began making scanned copies reflect same. Relayed update to A. Tingan. <br> ● Billed invoice 8375 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 1.40h | $170.00 | - | $238.00 |
| 01/06/2025 | 🕐 | Began organizing all material from client; reducing only to relevant bank statements. <br> ● Billed invoice 8478 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 2.10h | $170.00 | - | $357.00 |
| 01/08/2025 | 🕐 | Called client for additional request. Uploaded final copies and relayed to A. Tingan. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.50h | $170.00 | - | $85.00 |
| | | | | | **112.20h** | | **$0.00** <br> 0.00h | **$33,983.00** <br> 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/13/2025 | ● | Billed invoice 8478 | | | | | | |
| 01/24/2025 | ◔ | Received and uploaded missing documentation from client. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.30h | $170.00 | - | $51.00 |
| | ● | Billed invoice 8478 | | | | | | |
| 01/27/2025 | ◔ | Met with client and scanned two Notices of Default. Relayed to A. Tingan and conferred regarding same. Scheduled in-person meeting with attorney. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.60h | $170.00 | - | $102.00 |
| | ● | Billed invoice 8607 | | | | | | |
| 02/17/2025 | ◔ | Conferred with J. Kelly and M. Ritter regarding upcoming meeting with client. Called client and emailed same pertaining to meeting updates. Updated calendar. Relayed to J. Kelly client's documents for review. Met with J. Kelly to brief before meeting. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 2.40h | $170.00 | - | $408.00 |
| | ● | Meeting with client. | | | | | | |
| | ● | Billed invoice 8607 | | | | | | |
| 02/18/2025 | ◔ | Corresponded with A. Tingan regarding case status and next steps. Added time entry to calendar for meeting/worktime, and sent notice to A. Tingan and T. Ouellette. Meeting with A. Tingan regarding case status. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.60h | $170.00 | - | $102.00 |
| | ● | Billed invoice 8865 | | | | | | |
| | ◔ | Meeting with T. Ouellette regarding case status. | Gomez-04376 resolution of apparent | Katherine Camarena | 0.10h | $170.00 | - | $17.00 |

| | | | 112.20h | | $0.00 0.00h | - | $33,983.00 112.20h |
|---|---|---|---|---|---|---|---|

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|--------|-----|----------|------------------|--------------|
| 02/19/2025 | 🕐 | Corresponded with A. Peek, A. Tingan, and T. Ouellette regarding client communication and trustee. Scheduled call for T. Ouellette and trustee. Provided material needed for call to T. Ouellette. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.70h | $170.00 | - | $119.00 |
| | 🔵 | Billed invoice 8865 | transfer of payee on loan | | | | | |
| 02/21/2025 | 🕐 | Case analysis and prepare for client update. Conferred with T. Ouellette and J. Kelly to regarding case status and next steps. Conferred with K. Falcon to confirm any communication from Trustee. Met with client and T. Ouellette, translated and provided update and next steps. Confirmed foreclosure hearing date in firm calendar. Calendared entries for communications reminders to Trustee. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.90h | | - | $153.00 |
| | 🔵 | Billed invoice 8865 | | | | | | |
| 02/25/2025 | 🕐 | Conferred with T. Ouellette regarding next steps. Sent text message to client. Conferred with T. Ouellette regarding next steps. Attempted correspondence via phone with Trustee. Corresponded via email and phone with client. Conferred with J. Kelly and T. Ouellette regarding Trustee. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 1.50h | $170.00 | - | $255.00 |
| | 🔵 | Billed invoice 8865 | | | | | | |

| | | | | | 112.20h | | $0.00 | $33,983.00 |
| | | | | | | | 0.00h | 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|--------|-----|----------|------------------|--------------|
| 02/26/2025 | 🕐 | Conferred with T. Ouellette regarding next steps. Received Summit Loan Servicing statements from opposing counsel. Reviewed same with T. Ouellette, saved to client file and updated case status in client portal. Corresponded with Summit Loan Servicing and conferenced with opposing counsel and T. Ouellette regarding same. Corresponded with client via email, text and phone. <br>🔵 Billed invoice 8865 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 1.60h | $170.00 | - | $272.00 |
| 02/27/2025 | 🕐 | Case analysis and review. Called client with T. Ouellette. Conferred with F. Aguirre and J. Germanos for new retainer. Followed up with client regarding next steps. Composed email to client recapping points for litigation. <br>🔵 Billed invoice 8865 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 1.40h | $170.00 | - | $238.00 |
| 02/28/2025 | 🕐 | Received and saved copy of Real Estate Lien Note to client file. Conferred with T. Ouellette, F. Aguirre, and A. Peek regarding client in office, note, and payment. Client meeting for Temporary Restraining Order decision and next steps. Translated document for T. Ouellette. Drafted Verification and Affidavit of Facts. Prepared document to notarize remotely for client and initiated session. Sent to client and uploaded drafts. Called client and | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 3.80h | $170.00 | - | $646.00 |

| | | |
|---|---|---|
| **112.20h** | **$0.00** <br> 0.00h | **$33,983.00** <br> 112.20h <br> 12/24 |

# Activities Export

| Date | Type | Description | Matter | User ▶ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/28/2025 | 🕐 | Call with client. Travel to/from client's home for notarization of Verification and Affidavit of Facts. Conferred with M. Ritter regarding next steps and Order. Finalized all documents. Filed. Updated case status. Sent to client. Uploaded receipt. Sent to J. Germanos. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 2.00h | $170.00 | - | $340.00 |
| | 🔵 | Billed invoice 9026 | | | | | | |
| 03/03/2025 | 🕐 | Case analysis and review. Received, uploaded, and forwarded [to client] copy of file-stamped petition. Updated case status and details. Drafted citation request for executed temporary restraining order. Uploaded. Conferred with M. Ritter and J. Kelly regarding scheduled hearing, opposing counsel, and client attendance. Conferred with J. Kelly and M. Ritter regarding bond and hearing. Called client to forward bond details. Called court admin and obtained hearing date and forwarded to Judicial Executive Assistant. Corresponded with M. Ritter regarding next steps. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 2.40h | $170.00 | - | $408.00 |
| | | exchanged text message. Sent second session. Prepared exhibits. Drafted Plaintiff's Original Petition citation request. Sent third notarization session; in person meeting with client to obtain signature on verification. | | | | | | |
| | 🔵 | Billed invoice 8865 | | | | | | |

| | | | | | 112.20h | | $0.00 | $33,983.00 |
| | | | | | | | 0.00h | 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|--------|-----|----------|------------------|--------------|
| 03/04/2025 | ⏱ | Received signed Temporary Restraining Order. Uploaded to file and updated status. Called Court to confirm Order had been entered; Called Leidy with Finance Dept and conferenced client to make bond payment. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.70h | $170.00 | - | $119.00 |
| | 🔵 | Billed invoice 9026 | | | | | | |
| | ⏱ | Confirmed with M. Ritter and Second Trustee that the Foreclosure has been successfully pulled. Texted client requesting call and provided update on foreclosure. Call with client regarding update; scheduled call at 2pm. | | | | | | |
| | 🔵 | Billed invoice 9026 | | | | | | |
| 03/07/2025 | ⏱ | Client communication. Meeting with client, client's father, T. Ouellette, and J. Germanos. Conferred with T. Ouellette regarding next steps and preparation. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 2.50h | $170.00 | - | $425.00 |
| | 🔵 | Billed invoice 9026 | | | | | | |
| 03/10/2025 | ⏱ | Client meeting for document and check drop off. Scanned all, uploaded, and forwarded to T. Ouellette. Conferred with M. Ritter regarding service. Case analysis and review. Revised and filed TRO Writ. Called clerk to follow up and confirm their procedures. Conferred with T. Ouellette. | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 3.50h | $170.00 | - | $595.00 |

| | 112.20h | | |
|---|---------|---|---|
| | 0.00h | $0.00 | $33,983.00 |
| | | | 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/12/2025 | ⏱ | regarding delivery of check to opposing counsel/trustee. Personal drop off of check. Reviewed documentation of received new files from client and deep-dive of past files (including emails). Saved relevant items to current file. Received citation and writ, then forwarded to trustee to confirm receipt of service. Updated case status. Finalized motion and order to extend TRO. Filed motion then conferred with M. Ritter and T. Ouellette regarding next steps and possible hearing prep.  ● Billed invoice 9026 | | | | | | |
| 03/12/2025 | ⏱ | Case analysis and review of status with T. Ouellette. Called client to provide update. Received original answer from defendant and uploaded to file. Forwarded to client and updated status. Calendared deadline for disclosures.  ● Billed invoice 9143 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.50h | $170.00 | - | $85.00 |
| 03/14/2025 | ⏱ | Call from client. Added case notes to worktime for T. Ouellette. Scheduled worktime for hearing prep.  ● Billed invoice 9026 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.50h | $170.00 | - | $85.00 |
| 03/19/2025 | ⏱ | Conferred with T. Ouellette regarding communication from AI. Corresponded with client via text | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.50h | $170.00 | - | $85.00 |
| | | | | | 112.20h | | $0.00 0.00h | $33,983.00 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/26/2025 | 🕐 | Traveled to opposing counsel office to drop off check. Conference with T. Ouellette regarding matter. <br> ● Billed invoice 9143 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.40h | $170.00 | - | $68.00 |
| | | and call. <br> ● Billed invoice 9143 | | | | | | |
| 04/07/2025 | 🕐 | Corresponded with client via phone and scheduled meeting. Received and reviewed check from client for house payment. Prepared for drop off to opposing counsel. <br> ● Billed invoice 9281 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.60h | $170.00 | - | $102.00 |
| 04/08/2025 | 🕐 | Travel to/from office of opposing counsel. Hand delivered check to same. <br> ● Billed invoice 9281 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.50h | $170.00 | - | $85.00 |
| 05/05/2025 | 🕐 | Received correspondence from E. Pacheco. Received check from T. Ouellette for May's house payment. Scanned and uploaded proof of check. <br> ● Billed invoice 9540 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.40h | $170.00 | - | $68.00 |
| 05/06/2025 | 🕐 | Travel to/from office of opposing counsel. Dropped off check to same via mail slot. Updated case status in client portal. Corresponded with paralegals for translation of texts. <br> ● Billed invoice 9540 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.60h | $170.00 | - | $102.00 |

| | | |
|---|---|---|
| 112.20h | $0.00 <br> 0.00h | $33,983.00 <br> 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/07/2025 | 🕒 | Conferred with A. Peek regarding texts.<br>● Billed invoice 9540 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.10h | $170.00 | - | $17.00 |
| 05/12/2025 | 🕒 | Call from client. Conference with T. Ouellette regarding communication from Al Heinrich.<br>● Billed invoice 9675 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.50h | $170.00 | - | $85.00 |
| 05/13/2025 | 🕒 | Received items from client. Forwarded to T. Ouellette for review.<br>● Billed invoice 9675 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.30h | $170.00 | - | $51.00 |
| 05/14/2025 | 🕒 | Sent client update on matter via text and email.<br>● Billed invoice 9675 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.20h | $170.00 | - | $34.00 |
| 05/21/2025 | 🕒 | Conferred with A. Peek regarding outgoing call for collection efforts. Corresponded with client regarding same. Conferred with T. Ouellette regarding drafted motion; followed by conference with A. Peek to translate pleading to Spanish for client review.<br>● Billed invoice 9675 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.70h | $170.00 | - | $119.00 |
| 05/22/2025 | 🕒 | Conferred with T. Oullette regarding call to be made. Research on phone number. Followed up with same concerning findings.<br>● Billed invoice 9675 | Gomez-04376 resolution of apparent transfer of payee on loan | Katherine Camarena | 0.40h | $170.00 | - | $68.00 |

|  |  |
|---|---|
| 112.20h | $0.00 $33,983.00 |
|  | 0.00h 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▸ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|--------|-----|----------|------------------|--------------|
| 03/03/2025 | 🕐 | Conferred with J. Kelly. Drafted Proposed Temporary Restraining Order and Order Setting Hearing for Temporary Injunction and forwarded to J. Kelly for review. Corresponded multiple times via phone and email with 53rd District Court Coordinator and District Clerk's Office to obtain Judge's signature on Proposed Order and corresponded with Trustee regarding cancellation of foreclosure sale. Received accepted filings from court and forwarded to K. Camarena. <br> 🔵 Billed invoice 9026 | Gomez-04376 resolution of apparent transfer of payee on loan | Melissa Ritter | 2.10h | $190.00 | - | $399.00 |
| 03/12/2025 | 🕐 | Received Signed Order to Extend Temporary Injunction and Continue Hearing for Preliminary Injunction. Saved to client file, and updated case status in client portal. <br> 🔵 Billed invoice 9026 | Gomez-04376 resolution of apparent transfer of payee on loan | Melissa Ritter | 0.20h | $190.00 | - | $38.00 |
| 03/04/2025 | 🕐 | Corresponded with Trustee regarding cancellation of foreclosure sale. <br> 🔵 Billed invoice 9026 | Gomez-04376 resolution of apparent transfer of payee on loan | Melissa Ritter | 0.20h | $190.00 | - | $38.00 |
| 03/10/2025 | 🕐 | Corresponded with T. Ouellette regarding hearing and courtroom for same. <br> 🔵 Billed invoice 9026 | Gomez-04376 resolution of apparent transfer of payee on loan | Melissa Ritter | 0.20h | $190.00 | - | $38.00 |
| 03/11/2025 | 🕐 | Conferred with T. Ouellette regarding hearing on Temporary | Gomez-04376 resolution of apparent | Melissa Ritter | 0.60h | $190.00 | - | $114.00 |

|  | 112.20h |  | $0.00 <br> 0.00h | $33,983.00 <br> 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|--------|-----|----------|------------------|--------------|
| 03/26/2025 | ⟲ | Restraining Order and hearing details regarding same. Corresponded with court clerk to provide Agreed Motion to Extend Temporary Injunction and Continue Hearing for Preliminary Injunction for Judge's signature. Corresponded with Court Clerk to request new court date and was forwarded to Ms. Steele. ● Billed invoice 9143 | transfer of payee on loan | Melissa Ritter | 0.30h | $190.00 | - | $57.00 |
| 12/09/2024 | ⟲ | Conferred with T. Ouellette and J. Kelly regarding Temporary Injunction Hearing and passing of same. Passed hearing with Travis County and forwarded confirmation email to opposing counsel. ● Billed invoice 9143 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.50h | $395.00 | - | $197.50 |
| | ⟲ | reviewed documents provided by client including deed and judgment and located previous client file ● Billed invoice 8153 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.80h | $395.00 | - | $316.00 |
| 01/03/2025 | ⟲ | Reviewed bank statements provided by client for proof of payment to Audifas. ● Billed invoice 8375 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.20h | $395.00 | - | $79.00 |
| 02/19/2025 | ⟲ | Called trustee Albert Heinrich and left voice message, twice. ● Billed invoice 8865 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.20h | $395.00 | - | $79.00 |
| 02/21/2025 | ⟲ | Attempted correspondence via phone with Trustee. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | | | | |
| | | | | | **112.20h** | | **$0.00**<br>0.00h | **$33,983.00**<br>112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 02/21/2025 | 🕐 | Billed invoice 8865 | transfer of payee on loan | | | | | |
| | | In person conference with client and K. Camarena | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.30h | $395.00 | - | $118.50 |
| 02/24/2025 | 🕐 | Billed invoice 8865 | | | | | | |
| | | Corresponded with Trustee, Albert Heinrich, regarding foreclosure and removal of same. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.40h | $395.00 | - | $158.00 |
| 02/25/2025 | 🕐 | Billed invoice 8865 | | | | | | |
| | | Corresponded with Trustee, Albert Heinrich regarding foreclosure; Case review with J. Kelly; Revised demand letter to send to trustee; Case review with K. Camarena; Email to Albert Heinrich; Phone call from client to discuss possible Temporary Restraining Order. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 1.80h | $395.00 | - | $711.00 |
| 02/26/2025 | 🕐 | Billed invoice 8865 | | | | | | |
| | | Case review with K. Camarena; Received and responded to emails from opposing counsel; Received and reviewed statements from Summit Loan Servicing; Call to Summit Loan Servicing; Conference call with opposing counsel; email to opposing counsel. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 1.50h | $395.00 | - | $592.50 |
| 02/27/2025 | 🕐 | Billed invoice 8865 | | | | | | |
| | | Received and responded to email from opposing counsel; Conference with client regarding temporary restraining order. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.60h | $395.00 | - | $237.00 |

| | | | | | 112.20h | | $0.00 0.00h | $33,983.00 112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Billed invoice 8865 | | | | | | |
| 02/28/2025 | 🕐 | Received and responded to email from trustee.<br>● Billed invoice 8865 | Gomez-04376<br>resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.20h | $395.00 | - | $79.00 |
| 02/28/2025 | 🕐 | Conferenced with client and drafted Original Petition and Application for Temporary Restraining Order; reviewed all documents for exhibits.<br>● Billed invoice 8865 | Gomez-04376<br>resolution of apparent transfer of payee on loan | Tenia Ouellette | 8.00h | $395.00 | - | $3,160.00 |
| 03/03/2025 | 🕐 | Temporary Restraining Order hearing and case review with J. Kelly.<br>● Billed invoice 9026 | Gomez-04376<br>resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.20h | $395.00 | - | $79.00 |
| 03/05/2025 | 🕐 | Case review with J. Kelly; review of notes and deeds of trust to understand how and why accounting presented the numbers; correspondence to opposing counsel regarding same.<br>● Billed invoice 9026 | Gomez-04376<br>resolution of apparent transfer of payee on loan | Tenia Ouellette | 2.00h | $395.00 | - | $790.00 |
| 03/07/2025 | 🕐 | Conference with Al Heinrich to discuss the unpaid charges in dispute, agreed to pay undisputed charges in a cashier's check payable to Audifas and will drop it off to Al.<br>● Billed invoice_9143 | Gomez-04376<br>resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.30h | $395.00 | - | $118.50 |
| 03/07/2025 | 🕐 | Conference with clients and K. | Gomez-04376 | Tenia | 2.30h | $395.00 | - | $908.50 |
| | | | | | **112.20h** | | **$0.00**<br>0.00h | **$33,983.00**<br>112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|--------|-----|----------|------------------|--------------|
| 03/10/2025 | 🕐 | Camarena to discuss undisputed charges, disputed charges and next steps. Conference with opposing counsel to discuss the unpaid charges in dispute, agreed to pay undisputed charges in a cashier's check payable to Defendant and will deliver to opposing counsel. | resolution of apparent transfer of payee on loan | Ouellette | | | | |
| | 🔵 | Billed invoice 9026 | | | | | | |
| 03/10/2025 | 🕐 | Review of payment documents and previously closed matters; Email from AI; Phone conferences with AI; Dropped off cashier's check to AI's office. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 4.00h | $395.00 | - | $1,580.00 |
| | 🔵 | Billed invoice 9026 | | | | | | |
| 03/11/2025 | 🕐 | To Courthouse to obtain judge's signature on agreed order. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 2.00h | $395.00 | - | $790.00 |
| | 🔵 | Billed invoice 9026 | | | | | | |
| 03/12/2025 | 🕐 | Conference with client and K. Camarena regarding update on foreclosure and next steps. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.50h | $395.00 | - | $197.50 |
| | 🔵 | Billed invoice 9026 | | | | | | |
| 03/17/2025 | 🕐 | Called AI to discuss future payment payee. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.20h | $395.00 | - | $79.00 |
| | 🔵 | Billed invoice 9143 | | | | | | |
| 03/19/2025 | 🕐 | Conference with AI regarding future payments; Case review with K. Camarena. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.30h | $395.00 | - | $118.50 |
| | 🔵 | Billed invoice 9143 | | | | | | |

| | | |
|---|---|---|
| 112.20h | $0.00 | $33,983.00 |
| | 0.00h | 112.20h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 03/26/2025 | 🕐 | Email from opposing counsel AL requesting call back. Returned Al's call, wanted to discuss outstanding payment and upcoming hearing; Case review with M. Ritter and J. Kelly regarding passing on TRO/TI hearing. ● Billed invoice 9143 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.70h | $395.00 | - | $276.50 |
| 03/28/2025 | 🕐 | Review and revision of email to opposing counsel regarding attorney's fees ● Billed invoice 9143 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.30h | $395.00 | - | $118.50 |
| 04/15/2025 | 🕐 | Follow up email to Al Heinrich regarding attorney's fees. ● Billed invoice 9404 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.20h | $395.00 | - | $79.00 |
| 04/28/2025 | 🕐 | Corresponded with Trustee, Al Heinrich via phone. ● Billed invoice 9540 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.20h | $395.00 | - | $79.00 |
| 05/05/2025 | 🕐 | Corresponded with Al Heinrich via phone to follow up on email. ● Billed invoice 9540 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.20h | $395.00 | - | $79.00 |
| 05/14/2025 | 🕐 | Case review with A. Friday regarding next steps. ● Billed invoice 9675 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.50h | $395.00 | - | $197.50 |
| 05/21/2025 | 🕐 | Initial draft of motion for determination of attorney's fees with research. ● Billed invoice 9675 | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 1.50h | $395.00 | - | $592.50 |
| | | | | | **112.20h** | | **$0.00**<br>0.00h | **$33,983.00**<br>112.20h |

# Activities Export

| Date | Type | Description | Matter | User ▶ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|--------|-----|----------|------------------|--------------|
| 05/22/2025 | 🕐 | Researched number provided by client to see if it belonged to a law firm; Called phone number, just rang and had a generic voice mail; Discussed motion for determination of attorney's fees with A. Friday. Case review with K. Camarena. | Gomez-04376 resolution of apparent transfer of payee on loan | Tenia Ouellette | 0.80h | $395.00 | - | $316.00 |
| | 🔵 | Billed invoice 9675 | | | | | | |
| | | | | | **112.20h** | | **$0.00** **0.00h** | **$33,983.00** **112.20h** |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Kelly on behalf of Jeff Kelly
Bar No. 24043749
jkelly@kellylegalgroup.com
Envelope ID: 101408687
Filing Code Description: Motion (No Fee)
Filing Description: PLAINTIFFS' MOTION FOR DETERMINATION AND AWARD OF ATTORNEY'S FEES
Status as of 5/30/2025 6:28 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| KLG ADMIN Kelly | | service@kellylegalgroup.com | 5/29/2025 5:17:41 PM | SENT |
| Albert 'Al' J. Heinrich | | office@albertheinrich.com | 5/29/2025 5:17:41 PM | SENT |

**EXHIBIT B**

CAUSE NO. D-1-GN-25-001493

| | | |
|---|---|---|
| JOSE ADAN GOMEZ AND JOSE ABRAHAM GOMEZ, *Plaintiffs,* | § § § § § § § | IN THE DISTRICT COURT |
| v. | § § § § | 201ST JUDICIAL DISTRICT |
| AUDIFAS PEREZ FLORES, *Defendant.* | § § § | TRAVIS COUNTY, TEXAS |

**ORDER GRANTING PLAINTIFF'S MOTION FOR DETERMINATION OF ATTORNEY'S FEES**

**CAME ON TO BE CONSIDERED** on this day, the *Motion for Determination of Attorney's Fees*, and after consideration of the Motion and the evidence on file, the Court is of the opinion that the Motion should be granted in its entirety. It is therefore,

**ORDERED, ADJUGED AND DECREED** that the Motion is GRANTED; it is further

**ORDERED, ADJUGED AND DECREED** that Plaintiff shall have and recover its attorney's fees in the amount of $32,507.50 from Defendant **AUDIFAS PEREZ FLORES**.

SO ORDERED on this _____ day of __Aug. 15__, 2025

_____
PRESIDING JUDGE
The Honorable Laurie Eiserloh

**EXHIBIT C**

FILE COPY



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

DARLENE BYRNE, CHIEF JUSTICE
GISELA D. TRIANA, JUSTICE
CHARI L. KELLY, JUSTICE
ROSA LOPEZ THEOFANIS, JUSTICE
KARIN CRUMP, JUSTICE
MAGGIE ELLIS, JUSTICE

JEFFREY D. KYLE, CLERK

September 25, 2025

Mr. Jeffrey S. Kelly
The Kelly Legal Group, PLLC
P. O. Box 2125
Austin, TX 78768-2125
* DELIVERED VIA E-MAIL *

Mr. Audifas Perez Flores
4408 Rogers Avenue
Fort Worth, TX 76133

RE:     Court of Appeals Number:     03-25-00734-CV
        Trial Court Case Number:     D-1-GN-25-001493

Style:     Audifas Perez Flores
           v. Jose Adan Gomez and Jose Abraham Gomez

Dear Mr. Flores and Counsel:

The Court has been advised that appellant has given notice of appeal. The cause in this Court will bear the number and style shown above. Cases in the Third Court of Appeals are governed by the Texas Rules of Appellate Procedure (Tex. R. App. P.) which may be accessed on the Court's website at http://www.txcourts.gov/rules-forms/rules-standards/. The Court provides all notices, orders, or other communications about a case by email. All documents filed with this Court must include the filer's email address in addition to any other information required by the Texas Rules of Appellate Procedure. It is the filer's responsibility to update the Court with any changes to their email address. In addition, at or before the time of a document's filing, the filing party must serve a copy of the document(s) on all parties to the proceeding. *See* Tex. R. App. P. 9.5.

Appellant is requested to forward the following items to this Court on or before **Monday, October 6, 2025**:

- **$205.00 Filing Fee** – Unless an appellant is exempt by law or is presumed unable to afford payment of court costs, the appellant must pay the required $205.00 filing fee to prosecute the appeal. *See* Tex. R. Civ. P. 145; Tex. R. App. P. 20. 1. Failure to pay the filing fee may result in dismissal of the cause in accordance with Tex. R. App. P. 5 and 42.3. If you are excused by statute or the appellate rules from paying costs, please notify the Court. Payment should be submitted electronically through the eFileTexas.gov electronic filing system.

  o Persons not represented by an attorney may pay in person at the Clerk's office or by mailing a money order or check made payable to "The State of Texas."

- **Docketing Statement** – *See* Tex. R. App. P. 32.  Until the clerk's record is filed, the docketing statement is the primary source of important information about an appeal, including contact information for the parties and information about the order being appealed.  A copy of the docketing statement is available on the Court's website at http://www.txcourts.gov/3rdcoa/practice-before-the-court/forms/.

   o **Pro Bono Program** - Please be advised that regardless of your request in the Docketing Statement to participate in the Pro Bono Program, you are required to comply with all Texas Rules of Appellate Procedure, including meeting filing deadlines, whether or not a volunteer attorney is matched to your case.

   o **Fifteenth Court of Appeals** - Appeals with particular subject matter and parties will be transferred to the Fifteenth Court of Appeals on September 1, 2024.  Section XV of this Court's docketing statement is designed to help parties assess whether their appeal is within the exclusive jurisdiction of the Fifteenth Court of Appeals.  *See* Tex. Gov't Code § 22.220(d).  The Court requests that the parties confer and advise the Court if you believe your appeal is subject to transfer to the Fifteenth Court of Appeals.

- **Challenge to Constitutionality of a State Statute -** Pursuant to Section 402.010 (a-1) of the Texas Government Code, any party challenging the constitutionality of a Texas Statute must file a "Challenge to the Constitutionality of a State Statute" form with the court in which the challenge is pending.  This form can be accessed on the Court's website at http://www.txcourts.gov/3rdcoa/practice-before-the-court/forms/.  **Parties who are not challenging the constitutionality of a state statute need not file this form.**

Unless an appellant is exempt by law or is presumed unable to afford payment of court costs, the trial-court clerk and court reporter are not required to file the clerk's and reporter's records until appellant has paid the required fees, or has made satisfactory arrangements to pay the fees.  *See* Tex. R. App. P. 35.3(a)(2), (b)(3).  If appellant has not already done so, written requests and arrangements for payment of the following records must be made on or before **Monday, October 6, 2025**.

- **Clerk's Record -** The Court may dismiss an appeal for want of prosecution if the clerk's record is not filed and it is appellant's fault.  See Tex. R. App. P. 37.3(b); 42.3.  Appellant should make arrangements for the clerk's record with the trial-court clerk and may file a written designation specifying additional items to be included in the clerk's record.  *See* Tex. R. App. 34.5(b)(2).

- **Reporter's Record -** If appellant decides to include a reporter's record as part of the appellate record, a request in writing to the court reporter must be made.  *See* Tex. R. App. P. 34.6(b).  The request to the court reporter must designate the portions of the proceedings to be included in the record including any exhibits.  Appellant must also file a copy of the request with the trial-court clerk.  *See* Tex. R. App. P.34.6.  If a reporter's record is not filed, the Court may decide the appeal on those issues or points that do not require a reporter's record for a decision.  *See* Tex. R. App. P. 37.3(c).

Appellant is required to file a brief no later than 30 days (20 days in an accelerated appeal) after the filing of the Clerk's Record or Reporter's Record, whichever occurs later. *See* Tex. R. App. P. 38.6(a). More information about the court's practices are available on the Court's website at http://www.txcourts.gov/3rdcoa/practice-before-the-court/. Please note, Texas Rules of Appellate Procedure 9.6 requires that parties and counsel communicate with the appellate court about a case only through the clerk of the court.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Courtland Crocker*

Courtland Crocker, Deputy Clerk

cc:    Ms. Della M. Duett

The Honorable Velva L. Price

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Kelly on behalf of Jeff Kelly
Bar No. 24043749
jkelly@kellylegalgroup.com
Envelope ID: 108168509
Filing Code Description: Motion
Filing Description: Motion to Dismiss
Status as of 11/18/2025 11:09 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeff Kelly | | service@kellylegalgroup.com | 11/18/2025 10:52:56 AM | NOT SENT |